## 11644

### BROWN v. BURGESS

#### (125 S. E., 921)

ANIMALS—FINDING DEFENDANT'S HOGS CAUSED DAMAGE SUSTAINED.— In action for damage to field of corn caused by defendant's hogs, evidence *held* to sustain finding of Magistrate's Court, and of Circuit Court, on appeal that the damage had been inflicted by defendant's hogs, and not by other hogs.

Before C. C. Wyche, Special Judge, Oconee, 1923. Affirmed.

Action by W. M. Brown against Baylus Burgess. Judgment in Magistrate's Court for plaintiff was affirmed and defendant appeals.

This is an action for damage to plaintiff's corn alleged to have been caused by defendant's hogs, which plaintiff claimed had been allowed to run at large, and to trespass on plaintiff's premises. Defendant denied that the damage to plaintiff's corn had been done by his hogs and the issue in the case was, and the question raised by all of the exceptions is whether the hogs by which damage was done belonged to the defendant.

Plaintiff introduced a number of witnesses who testified that they had seen defendant's hogs tramping down and eating plaintiff's corn. Some of these witnesses described the hogs seen in plaintiff's field and marks on such hogs and testified that they were familiar therewith. There was testimony that there were wild hogs in the neighborhood and that hogs owned by defendant's son had same marks as those owned by defendant.

*Messrs. M. C. Long* and *J. R. Earle,* for appellant, cite: *Action under the General Stock Law:* Code 1922, Sec. 3276–82.

*Mr. Harry Hughes* for respondent.

December 31, 1924.

The opinion of the Court was delivered by Mr. Justice Watts.

This is an appeal from an order of Special Judge C. C. Wyche affirming a judgment of the Magistrate's Court wherein the respondent obtained a judgment for $50.00 as damages against the appellant.

There are five exceptions. This Court has held in a number of cases that, where the Magistrate's Court and the

Circuit Court concur in their findings of fact, this Court will not interfere, if there is any evidence to sustain their findings. There is ample evidence in this case to sustain the judgment.

All the exceptions are overruled, and judgment affirmed. MESSRS. JUSTICES FRASER, COTHRAN and MARION concur. MR. CHIEF JUSTICE GARY did not participate.